ACCEPTED
06-18-00024-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/6/2018 1:18 PM
DEBBIE AUTREY
CLERK

NO. 06-18-00024-CV

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/6/2018 1:18:51 PM
DEBBIE AUTREY
Clerk

GABRIELLA ROBERTS,

appellant,

v.

CITIMORTGAGE, INC.,

appellee.

On appeal from Cause No. 430-12-CV in the
County Court at Law No. 1 of Angelina County, Texas
The Hon. Joe Lee Register presiding

## APPELLEE CITIMORTGAGE, INC.'S
## MOTION TO DISMISS APPEAL AS MOOT
## AND FOR FAILURE TO PROSECUTE

Michael J. McKleroy, Jr., SBN: 24000095
michael.mckleroy@akerman.com
*Attorney in Charge*
C. Charles Townsend, SBN: 24028053
charles.townsend@akerman.com
Monica Summers, SBN: 24083594
monica.summers@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

**ATTORNEYS FOR APPELLEE
CITIMORTGAGE, INC.**

Appellee CitiMortgage, Inc. (**CMI**) respectfully moves to dismiss this appeal because it is moot and appellant Gabriella Roberts has failed to prosecute it:

## I.    STATEMENT OF RELEVANT FACTS

1.    On February 16, 2018, the county court at law number 1 of Angelina County, Texas entered a judgment in favor of CMI granting it the immediate right to possess the real property and improvements located at 276 Plantation Drive, Lufkin, Texas 75901.  *See* final judgment, **ex. 1**; *see also* docketing statement, **ex. 2**. Ms. Roberts did not post a bond to supersede the judgment.  *See* docketing statement at 4, **ex. 2**.  The writ of possession was executed on March 12, 2018.  *See* writ of possession, **ex. 3**.  Ms. Roberts was removed from the property.  *See* docketing statement at 1, 5, 7, **ex. 2** (stating "writ of possession of property/removed from my residence" and identifying new address as 1552 Thigpen Road, Pollok, Texas).

2.    The clerk's record was filed April 13, 2018.  *See* docket.  The reporter's record was filed April 27, 2018.  *See* docket.  By rule, Ms. Roberts' opening brief was due May 29, 2018.  TEX. R. APP. P. 4.1(a), 38.6(a).  By letter dated April 27, 2018, the clerk reminded Ms. Roberts of the May 29, 2018 deadline to file the brief. *See* April 27, 2018 letter, **ex. 4**.  Ms. Roberts has not filed her opening brief.

## II.    ARGUMENTS & AUTHORITIES

### A.    Ms. Roberts' appeal is moot.

3.    Ms. Roberts' failure to supersede the judgment for possession did not divest her of her right to appeal, but her appeal became moot when she ceased to have actual possession of the property. *Marshall v. Housing Auth. of the City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006).  There is no basis for Ms. Roberts to assert a meritorious claim of right to current, actual possession of the property. There are no other issues to appeal.

### B.    Ms. Roberts' failure to prosecute warrants dismissal.

4.    "If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief."  TEX. R. APP. P. 38.8(a)(1); *see also id.* 42.3(c) (authorizing court to dismiss appeal for want of prosecution or because appellant failed to comply with a requirement of the rules, a court order or a notice from the clerk requiring a response or other action within a specified time).

5.    By rule, as well as by notice from the clerk, Ms. Roberts was required to file her opening brief on or before May 29, 2018.  To date, Ms. Roberts has filed nothing.  She has not filed her brief, a motion requesting an extension of time or anything else providing an explanation of her failure to meet the briefing deadline.

Her appeal should be dismissed for want of prosecution, failure to comply with the rules, and failure to comply with clerk's notice.

### III.   PRAYER

CMI requests Ms. Roberts' appeal be dismissed and it be granted any and all further relief to which it may show itself justly entitled.

Date: June 6, 2018                Respectfully submitted,


    */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.; SBN: 24000095
C. Charles Townsend; SBN: 24028053
Monica Summers; SBN: 24083594
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
michael.mckleroy@akerman.com
charles.townsend@akerman.com
monica.summers@akerman.com

**ATTORNEYS FOR APPELLEE CITIMORTGAGE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, a true and correct copy of the foregoing was served as follows:

Gabriella Roberts
1552 Thigpen Road
Pollok, Texas 75969
**VIA CERTIFIED MAIL RECEIPT**
**NO. 9414 7266 9904 2092 0191 94**

*/s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.

# EXHIBIT 1

CAUSE NO.  430-12-CV

| | | |
|---|---|---|
| **CITIMORTGAGE, INC.,** | § | **IN THE COUNTY COURT** |
| | § | |
| **plaintiff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. 1** |
| | § | |
| **GABRIELLA DENISE ROBERTS,** *et al.*, | § | |
| | § | |
| **defendants.** | § | **ANGELINA COUNTY, TEXAS** |

## FINAL JUDGMENT

On this day came on for hearing the motion for summary judgment filed by plaintiff CitiMortgage, Inc. (**CMI**) in the above-styled and -numbered cause.  This matter is an appeal by defendant Gabriella Denise Roberts (**Roberts**) from a judgment awarding possession of the property described below to plaintiff CitiMortgage, Inc. (**CMI**) issued by the justice of the peace of Angelina County, Texas, precinct 4.  The court finds Roberts was duly served with a copy of CMI's motion and the notice of hearing thereon, but failed to file a timely response or summary judgment evidence.  Upon consideration of CMI's motion and the evidence presented therein, the papers on file in this cause, and the arguments of counsel and *pro se* parties, this court is of the opinion CMI's motion should be GRANTED and judgment should be entered as follows:

IT IS ORDERED, ADJUDGED and DECREED CMI is entitled to immediate possession of, and have restitution to, the property located at 276 Plantation Drive, Lufkin, Texas 75901 (**property**) and more particularly described as follows:

> BEING ALL THAT CERTAIN TRACT OR PARCEL OF LAND LYING AND SITUATED IN ANGELINA COUNTY, TEXAS, OUT OF THE THOMAS CARO SURVEY, ABSTRACT NO. 8 AND BEING A PART OF PORTION OF THAT CERTAIN CALLED 592.701 ACRE TRACT (AKA TRACT NO. 2) CONVEYED TO THOMAS G. FLOURNOY IN THE DOCUMENT RECORDED IN VOLUME 592 ON PAGE 419 OF THE REAL PROPERTY RECORDS OF ANGELINA COUNTY, TEXAS, TO WHICH REFERENCE IS HEREBY MADE FOR ALL PURPOSES AND BEING MORE PARTICULARLY DESCRIBED

BY METES AND BOUNDS AS FOLLOWS, TO WIT:

BEGINNING AT A 1/2' IRON PIN FOUND FOR THE NORTHEAST CORNER OF A CALLED 143 ACRE TRACT (AKA LOT 25 OF SAID PLANTATION) CONVEYED TO ALFONSO COMPIAN, JR. IN THE DOCUMENT RECORDED IN VOLUME 1400 ON PAGE 289 OF THE OFFICIAL RECORDS OF SAID COUNTY, AND THE SOUTHEAST CORNER OF LOT 24 ON THE WEST RIGHT-OF-WAY LINE OF PLANTATION DRIVE;

THENCE ACROSS THE SAID 592.701 ACRE TRACT AND ALONG THE COMMON BOUNDARY LINE OF THE SAID LOT 24 AND THE SAID 1.43 ACRE TRACT, N. 88' 02' 58" W AT 313.75 FEET TO A 1/2' IRON PIN FOUND FOR THE SOUTHWEST CORNER OF THE SAID LOT 24 AND THE SOUTHEAST CORNER OF A RESIDUS OF A CALLED 7.43 ACRE TRACT (AKA LOT 17 OF THE SAID PLANTATION) CONVEYED TO CLIFFORD E. FACOR, ET AL. IN THE DOCUMENT RECORDED IN VOLUME 1187 ON PAGE 508 OF THE SAID REAL PROPERTY RECORDS AND THE NORTHWEST CORNER OF THE SAID 1.43 ACRE TRACT;

THENCE CONTINUING ACROSS THE SAID 592.701 ACRE TRACT AND ALONG THE COMMON BOUNDARY LINE OF THE SAID LOT 24 ACRE TRACT AND THE SAID RESIDUE, N. 00' 46' 55" E AT 365.48 FEET 3 1/2 IRON PIN FOUND FOR THE NORTHWEST CORNER OF THE SAID LOT 24 AND THE SOUTHWEST CORNER OF LOT 23;

THENCE ALONG THE COMMON BOUNDARY LINE OF THE SAID LOT 24 AND THE SAID LOT 23 S 86' 22' 11" E AT 316.72 FEET A 1/2 IRON PIN FOUND FOR THE NORTHWEST CORNER OF THE SAID LOT 24 AND THE SOUTHEAST CORNER OF LOT 23, ON THE WEST RIGHT-OF-WAY LINE OF PLANTATION DRIVE;

THENCE, ALONG THE EAST BOUNDARY LINE OF THE SAID LOT 24 AND THE ALONG THE SAID ROW LINE S 01' 12' 28" W AT 356.15 FEET THE POINT AND PLACE OF BEGINNING AND CONTAINING 2.610 ACRES OF LAND, MORE OR LESS.

THE BEARING FOR THIS TRACT ARE BASED ON THE WEST ROW LINE OR PLANTATION DRIVE AS RECORDED IN VOLUME 786 ON PAGE 255 OF THE REAL PROPERTY RECORDS.

being the same property described in the deed of trust recorded in the official public records of

Angelina County, Texas on August 4, 2006 as instrument 2006-00217358.

IT IS FURTHER ORDERED, ADJUDGED and DECREED the clerk of this court shall

issue a writ of possession in favor of CMI for the property, and CMI shall be entitled to execute

the writ of possession against Roberts and all other occupants.

IT IS FURTHER ORDERED, ADJUDGED and DECREED CMI is awarded a judgment against Roberts for all costs of court.

It is the intent of the court this final judgment resolves all claims against all parties to the above-styled and numbered suit and be a final judgment for all purposes, including appeal.

SIGNED on the __16th__ day of February, 2018.

_Joe L. Register_
AR JUDGE PRESIDING

SUBMITTED BY:

_____*/s/ Michael J. McKleroy, Jr.*_____
Michael J. McKleroy, Jr.
Attorney for CitiMortgage, Inc.

# EXHIBIT 2

| Appellate Docket Number: | 12-18-00053 |
|---|---|
| Appellate Case Style: | Gabriella Roberts |
| Vs. | Citi mortgage, Inc. |

Companion Case No.: 12-17-00205-cv / 430-12-CV

Appeal and

| Amended/corrected statement: | DOCKETING STATEMENT (Civil) |
|---|---|

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

☑ Person  ☐ Organization (choose one)

First Name: Gabriella Roberts
Middle Name: Denise
Last Name: Roberts
Suffix: Ms.
Pro Se: Q

## II. Appellant Attorney(s)

☐ Lead Attorney          Pro Se

First Name: Michael Mckelroy
Middle Name:
Last Name: Mckelroy
Suffix: MAF
Law Firm Name: Akerman
Address 1: 1552 Thigpen
Address 2:
City: Pollok
State: Texas          Zip+4: 75969
Telephone: (936) 229-9011 ext.
Fax:
Email: attacksurvival@yahoo.com
SBN:

## III. Appellee

☐ Person  ☑ Organization (choose one)

First Name: Michael
Middle Name:
Last Name: Mckelroy
Suffix:
Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: Monica / Mickel
Middle Name:
Last Name: Summers / Mckelroy
Suffix:
Law Firm Name: Akerman Law
Address 1: 2001 Ross Ave., Ste. 3600
Address 2:
City: Dallas
State: Texas          Zip+4: 75201
Telephone: 214.720.4300 ext.
Fax: 214-981-9339
Email: Michaelmckelroy@Akerman.com
SBN: 24000095

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): *Appeal of Summary Judgment*

Date order or judgment signed: 02|16|18     Type of judgment: *FINAL*

Date notice of appeal filed in trial court: 3|01|2018

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☐ Yes ☑ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☐ Yes ☑ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☑ No

Permissive? (See TRAP 28.3): ☐ Yes ☑ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☑ Yes ☐ No     *Correction* HR.

If yes, please specify statutory or other basis for such status: *Appealable for civil*

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☑ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000? ☐ Yes ☑ No

Judgment or order disposes of all parties and issues: ☑ Yes ☐ No

Appeal from final judgment: ☑ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☑ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☑ No | |
| Motion to Modify Judgment: | ☑ Yes ☐ No | 2|16|18 |
| Request for Findings of Fact and Conclusions of Law: | ☑ Yes ☐ No | 2|16|18  *Objections* |
| Motion to Reinstate: | ☑ Yes ☐ No | |
| Motion under TRCP 306a: | ☐ Yes ☑ No | |
| Other: | ☐ Yes ☑ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | If yes, date filed: |
|---|---|---|
| Affidavit filed in trial court: | ☑ Yes ☐ No | 3|01|18 & 3/15/18 |
| Contest filed in trial court: | ☐ Yes ☑ No | |

Date ruling on contest due:

Ruling on contest: ☐ Sustained   ☐ Overruled     Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?   ☐ Yes  ☑ No

If yes, please attach a copy of the petition.

Date bankruptcy filed:                    Bankruptcy Case Number:

## IX. Trial Court And Record

Court: LAW ONE

County: Angelina

**Trial Court Docket Number (Cause No.):** 430-12-CV

Trial Judge (who tried or disposed of case):

First Name: JOE

Middle Name: LEE

Last Name: Register

Suffix:

Address 1: P.O. BOX 908

Address 2:

City: Lufkin

State: Texas          Zip + 4: 75901

Telephone: (936) 639-2204 ext.

Fax:

Email: lindaberry@angelina county.net

Clerk's Record:

Trial Court Clerk:  ☐ District  ☑ County

Was clerk's record requested?   ☑ Yes  ☐ No

If yes, date requested: 2/16/18

If no, date it will be requested:

Were payment arrangements made with clerk?

☑ Yes  ☐ No  ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?   ☑ Yes  ☐ No

Was reporter's record requested?   ☑ Yes  ☐ No

Was there a reporter's record electronically recorded?  ☑ Yes  ☐ No

If yes, date requested: 02/23/18  Feb. 23, 2018

If no, date it will be requested:

Were payment arrangements made with the court reporter/court recorder?  ☑ Yes  ☐ No  ☐ Indigent

Weekly Until Due with Court of Appeals

☑ Court Reporter  ☐ Court Recorder
☐ Official  ☐ Substitute


First Name: Melvin

Middle Name:

Last Name: Powers

Suffix:

Address 1: P.O. Box 908

Address 2:

City: Lufkin

State: Texas    Zip + 4: 75902

Telephone: (936) 639-2204  ext.

Fax:

Email: M power@angelinacounty.net

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes  ☑ No    If yes, date filed:

Will file: ☐ Yes  ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?  ☑ Yes  ☐ No

If yes, briefly state the basis for your request: Motion to stay was requested through County court law #1 (order Denied)

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?  ☑ Yes  ☐ No

If no, please specify:

Has the case been through an ADR procedure?  ☐ Yes  ☑ No

If yes, who was the mediator? —

What type of ADR procedure? —

At what stage did the case go through ADR?  ☐ Pre-Trial  ☐ Post-Trial  ☐ Other

If other, please specify:

Type of case?

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):


How was the case disposed of? Final judgment (Writ of Possession) issued.

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

If money judgment, what was the amount? Actual damages:

Punitive (or similar) damages: Asked (not received)

Attorney's fees (trial):

Attorney's fees (appellate):

Other:

If other, please specify:

Will you challenge this Court's jurisdiction?　☑ Yes　☐ No

Does judgment have language that one or more parties "take nothing"?　☑ Yes　☐ No

Does judgment have a Mother Hubbard clause?　☐ Yes　☑ No

Other basis for finality?　*Writ of Possession of property / Removed from my Residence*

Rate the complexity of the case (use 1 for least and 5 for most complex):　☐ 1　☐ 2　☑ 3　☐ 4　☐ 5

Please make my answer to the preceding questions known to other parties in this case.　☐ Yes　☑ No

Can the parties agree on an appellate mediator?　☐ Yes　☑ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|

Languages other than English in which the mediator should be proficient: ——

Name of person filing out mediation section of docketing statement:

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: *12-17-00205-CV*　　　　Trial Court: *12th Court of Appeals*

Style: *Gabriella Roberts, pro se*

Vs. *Oliver Law c/o Mist. Montalvo on Summary judgment*
*CitiMortgage, Inc. over Abatement lift, Detainer*

**XIV. Pro Bono Program: (Complete section if filing in the 1st, 2nd, 3rd, 5th, or 14th Courts of Appeals)**

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?        ☑ Yes ☐ No    Civil

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?    ☑ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?    ☑ Yes ☑ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☑ Yes ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

**XV. Signature**

Signature of counsel (or pro se party)                                    Date:    3/26/18

Printed Name:    Gabriella Roberts                        State Bar No.:

Electronic Signature:
   (Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on 3|26|18 .

_(signature)_

Signature of counsel (or pro se party)

Electronic Signature:
(Optional)

State Bar No.:

Person Served Akerman ⇒ Monica Summers Michael McElroy also Oliver Law Firm

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney.

Please enter the following for each person served:

Date Served: 3|26|18

Manner Served: Certified Mail

First Name: Monica / Michael

Middle Name:

Last Name: Summers / McElroy

Suffix:

Law Firm Name: Akerman law     Oliver law Firm

Address 1: 2001 Ross Ave., St. 3600    9951 Anderson Mill Rd., Ste. 201

Address 2:                         Austin, TX. 78750

City: Dallas, TX.

State   Texas       Zip+4: 75201

Telephone: 214-720-4302 ext.

Fax: 214-980-9339

Email: Michaelmckeroy@akerman.com

If Attorney, Representing Party's Name:

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing documents was served in compliance with

The Texas Rules and Procedures Rule21(a) on ~~October 26 A~~ _March 24, 2018_, on the following counsel

Of record:

Michael J.McKleroy, SBN:24000095
Attorney in Charge
Monica Summers, SBN:24083594
Of Counsel
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX. 75201
214.720.4300
Facsimile: 214.981.9339  VIA CERTIFIED MAIL RECEIPT

Oliver Law Firm
9951 Anderson Mill Rd, Ste. 201
Austin, TX. 78750
( 7017 2620 0000 6943 4601

2    7017 2620 0000 6943 4595  01

(2)

Respectfully submitted,

_Gabriella Roberts_
Gabriella Roberts, pro se
276 Plantation Dr. Lufkin, TX. 75901
936.639.0677

1552 Thispen Rd
Pollok, TX. 75969

Twelfth Court of Appeals

(3)    7017 2620 0000 6943 4618

# EXHIBIT 3

# WRIT OF POSSESSION AFTER JUDGMENT
## THE STATE OF TEXAS COUNTY OF ANGELINA

TO ANY SHERIFF AND/OR CONSTABLE WITHIN THE STATE OF TEXAS—GREETINGS:

Whereas, on the 16th day of February, 2018, **CITIMORTGAGE INC**, Plaintiff recovered a judgment in the County Court at Law #1 of Angelina County, Cause No. 430-12-CV, against **GABRIELLA DENISE ROBERTS**, defendant for possession of certain property, bounded and described as follows:

**276 PLANTATION DRIVE, LUFKIN, TEXAS 75901**

**OPR INSTRUMENT 2006-00217358 DATED AUGUST 4, 2006**

And all cost of suit: **$180.00**

Therefore you are hereby commanded that you deliver to the said **CITIMORTGAGE, INC** the possession of said property and premises herein before described, as against the said **GABRIELLA DENISE ROBERTS** and all persons claiming under or through since the institution of this suit. And of the goods, chattels, lands, and tenements of the said defendant you cause to be made the sum of $0.00 dollars, damages, together with the further sum of **$180.00** dollars, costs of suit.

Herein fail not, but of this writ make due return within ninety (90) days, with your endorsement thereon, showing how you have executed the same.

Witness my hand officially, and the seal of said court hereto affixed, at the office of the County Clerk of Angelina County on this the 2nd day of March, 2018.

AMY FINCHER, COUNTY CLERK
ANGELINA COUNTY, TEXAS

BY: _____

Nathan Johnson, DEPUTY

***

**SHERIFF'S RETURN**

Came to hand on the _____ day of _MAR 1 2 2018_ 20___, at _12:13_ O'clock _P_.M. and executed at _276 Planta___ within the county of _Angela___ at _4:50_ O'clock _PM_. on the _12_ day of _March_ 20_18_; by delivering to the within named _Gabriella Robert___ each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation, and endorsed on such copy of citation the date of delivery.

Total fee for serving citation: $_____.

To certify which witness my hand officially.

SHERIFF OF _____ COUNTY

BY: _____

# WRIT OF POSSESSION
# THE STATE OF TEXAS
## CAUSE NO. 430-12-CV

## TO THE SHERIFF OR ANY CONSTABLE OF ANGELINA COUNTY, TEXAS:

GREETINGS:

WHEREAS on the 16th day of February, 2018, in the suit styled *CitiMortgage, Inc. v. Gabriella Denise Roberts and all other Occupants of 276 Plantation Drive, Lufkin, Texas 75901* and assigned cause no. 430-12-CV in the County Court at Law No. 1 of Angelia County, Texas, plaintiff CitiMortgage, Inc. recovered a judgment against defendants Gabriella Denise Roberts and all other occupants of 276 Plantation Drive, Lufkin, Texas 75901, and all persons claiming by, through and/or under them, for the immediate possession of the property located at 276 **Plantation Drive, Lufkin, Texas 75901 (property).**

WHEREAS ten days or more have expired from the time the judgment was signed and no supersedeas bond was posted to stay the execution of the judgment.

YOU ARE HEREBY COMMANDED to post a written warning of at least 8 1/2 by 11 inches on the exterior of the front door of the house located on the property notifying defendants Gabriella Denise Roberts and all other occupants of 276 Plantation Drive, Lufkin, Texas 75901, and all persons claiming by, through and/or under them, that this writ has been issued and that this writ will be executed on or after a specific date and time stated in the warning not sooner than 24 hours after the warning is posted.

YOU ARE FURTHER COMMANDED on the execution of this writ, to deliver possession of the property to plaintiff CitiMortgage, Inc. and to:

(1)     instruct defendants Gabriella Denise Roberts and all other occupants of 276 Plantation Drive, Lufkin, Texas 75901, and all persons claiming by, through and/or under them, to leave the property immediately and never return and, if the persons fail to comply, physically remove them;

(2)     instruct defendants Gabriella Denise Roberts and all other occupants of 276 Plantation Drive, Lufkin, Texas 75901, and all persons claiming by, through and/or under them, to immediately remove all personal possessions from the property (other than personal possession owned by plaintiff CitiMortgage, Inc., such as fixtures, appliances, *etc.*) or, should they fail to do so, remove, or authorize one or more persons acting under your supervision to remove, all personal possession from the property (other than personal possession owned by plaintiff CitiMortgage, Inc., such as fixtures, appliances, *etc.*);

(3)     place, or have an authorized person place, the removed personal possessions outside the boundaries of the property, but not blocking a public sidewalk, passageway or street and not while it is raining, sleeting or snowing.

**YOU ARE HEREBY AUTHORIZED**, at your discretion, to engage the services of a bonded or insured warehouseman to remove and store, subject to applicable law, part or all of the personal possessions at no cost to plaintiff CitiMortgage, Inc. or the officer executing this writ.

**YOU ARE NOTIFIED** that, pursuant to section 7.003 of the civil practice and remedies code, you are no liable for damages resulting from the execution of this writ if you execute the writ in good faith and with reasonable diligence.

**HEREIN FAIL NOT** and make due return of this writ within 60 days showing how you have executed the same.

**ISSUED AND GIVEN UNDER MY HAND AND THE SEAL** of said Court at Angelina County, Texas, on this the __6th__ day of March, 2018.

Amy Fincher, County Clerk
Angelina County, Texas

By:_____ /s/ Nathan Johnson _____, deputy
Signed 3/6/2018 02:18 PM

**REQUESTED BY:**

Michael J. McKleroy, Jr.
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Attorney for CitiMortgage, Inc.

EXH 1

## OFFICER'S RETURN

CAME TO HAND on the _____ day of _____ MAR 1 2 2018 _____, 2018 at
__12:12__ o'clock __P__.m., and executed on the __12__ day of __Mar__ _____,
2018 at __4:50__ o'clock __P__.m., by delivering to _____
_Carla otte ked_
a true copy of this writ. _276 Plantat_

To certify which witness my hand officially:

Sheriff or Constable of Angelina County, Texas

By:_____, deputy

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing documents was served in compliance with

The Texas Rules and Procedures Rule21(a) on ___Feb. March 1 2018___, ___March 18 2018___ , on the following counsel

Of record:

Michael J.McKleroy, SBN:24000095
Attorney in Charge
Monica Summers, SBN:24083594
Of Counsel
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX. 75201
214.720.4300
Facsimile: 214.981.9339  VIA CERTIFIED MAIL RECE    7017 1450 0001 5128 4622        Appeal

Respectfully submitted,

Gabriella Roberts, pro se
276 Plantation Dr. Lufkin,TX. 75901
936.639.0677

Notice of Appeal
2/16/18 Judgment

Objections 2/16/18

# EXHIBIT 4

FILE COPY



**Court of Appeals**
*Sixth Appellate District*
**State of Texas**

CHIEF JUSTICE
JOSH R. MORRISS, III

JUSTICES
BAILEY C. MOSELEY
RALPH K. BURGESS

CLERK
DEBRA K. AUTREY

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
(903) 798-3046

Friday, April 27, 2018

Gabriella Roberts
1552 Thigpen
Pollok, TX 75969
* DELIVERED VIA E-MAIL *

Michael J. McKleroy
Attorney at Law
2001 Ross Ave
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

**RE:**   Appellate Case Number:     06-18-00024-CV
Trial Court Case Number:    430-12-CV

**Style:** Gabriella Denise Roberts, et al.
v.
CitiMortgage, Inc.

The certified Reporter's Record (4 volumes) has this date been electronically received and filed in the referenced proceeding.

Pro Se Appellant's brief is due on or before **Tuesday, May 29, 2018**.

**IF COUNSEL WANTS TO MAKE AN ORAL ARGUMENT, A REQUEST TO DO SO MUST APPEAR ON THE FRONT COVER OF THE BRIEF. TEX.R.APP.P.39.7.**

Respectfully submitted,

Debra K. Autrey, Clerk

By _____
Deputy

cc:   Melvin Power, Official Court Reporter (DELIVERED VIA E-MAIL)